HENRY G. BURLEIGH et al., Appellants, *v.* SHEPARD & MORSE LUMBER COMPANY, Respondent.

*Burleigh* v. *Shepard & Morse Lumber Co.*, 39 App. Div. 641, appeal dismissed.

(Argued October 2, 1899; decided October 10, 1899.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 20, 1899, affirming a judgment in favor of defendant entered upon the report of a referee.

The motion was made upon the ground that the decision of the Appellate Division was unanimous and the Court of Appeals had no jurisdiction.

*E. Conway* for motion.

*J. Sanford Potter* opposed.

Motion granted, with costs, and appeal dismissed.

---

WILLIAM G. DAVIES et al., as Trustees of HENRY E. DAVIES, Deceased, Respondents, *v.* FRANCIS A. CLARK, Appellant.

(Submitted October 2, 1899; decided October 10, 1899.)

Motion for reargument denied, with ten dollars costs. (See 159 N. Y. 392.)